THE STATE EX REL. KING, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. King v. Indus. Comm.*
(2001), 91 Ohio St.3d 378.]

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

(No. 00–1212—Submitted February 27, 2001—Decided April 25, 2001.)

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK and F.E. SWEENEY, JJ., dissent and would reverse the judgment of the court of appeals.

DOUGLAS, J., dissents.